# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEON,<br><br>    Plaintiff,<br><br>    v.<br><br>J. YATES, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:08-cv-01950-LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND REMANDING ACTION TO FRESNO COUNTY SUPERIOR COURT<br><br>(Doc. 10) |

    Plaintiff David Leon is a state prisoner proceeding pro. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On February 6, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fifteen days. The parties have not filed timely objections to the Findings and Recommendations. On February 17, 2009, Defendant filed a notice of non-opposition.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///
///
///
///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 6, 2009, is adopted in full;
2. This action is remanded to the Fresno County Superior Court; and
3. The Clerk Court shall serve a copy of this order on the Fresno County Superior Court.

IT IS SO ORDERED.

**Dated:** **March 31, 2009**                    **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE